# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *
                               *
JEANETTE POZO, et al.,         *
                               *
                Plaintiffs,    *
                               *    No. 12-201C
        v.                     *    (Filed:  May 13, 2014)
                               *
THE UNITED STATES OF AMERICA,  *
                               *
                Defendant.     *
                               *
* * * * * * * * * * * * * * * *
```

### CONSOLIDATION ORDER

Pursuant to Rule 42(a)(2) of the Rules of the Court of Federal Claims, this action shall be consolidated with Case No. 11-768C, with which it shares common issues of both law and fact.

**IT IS SO ORDERED.**

s/Elaine D. Kaplan
ELAINE D. KAPLAN
Judge, U.S. Court of Federal Claims
